■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMIE A. KING, Appellant. [885 NYS2d 707]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment

granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Monroe County, Francis A. Affronti, J.—Robbery, 2nd Degree). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.